591 A.2d 277

NELSON CRESPO, PLAINTIFF–APPELLANT, v. JOSEF STAPF, JO-
SEF STAPF MASCHINENBEAU, DEFENDANTS–RESPON-
DENTS, AND SCHACHNE FEATHER COMPANY, HUDSON
FEATHER COMPANY, HUDSON FEATHER AND DOWN
PRODUCTS, INC., PURO DOWN INTERNATIONAL OF NEW
JERSEY CORP., PURO INTERNATIONAL OF NEW JERSEY,
DEFENDANTS.

JACK S. PIERMONT AND LERNER AND PIERMONT, ESQS.,
INTERVENORS–APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued May 7, 1991—Decided May 23, 1991.

Before Judges MICHELS, BRODY and GRUCCIO.

John C. Kennedy argued the cause for intervenors-appellants
Jack S. Piermont and Lerner and Piermont, Esqs. (O'Donnell,
Kennedy, Vespole & Piechta, attorneys; John C. Kennedy, of
counsel and on the brief).

George J. Kenny argued the cause for defendants-respon-
dents Josef Stapf and Josef Stapf Maschinenbeau (Connell,
Foley & Geiser, attorneys; George J. Kenny, of counsel;
George J. Kenny and Angela A. Iuso, on the brief).

No appearance was made on behalf of plaintiff-appellant
Nelson Crespo.

PER CURIAM.

We affirm the summary judgment of the Law Division en-
tered in favor of defendants Josef Stapf and Josef Stapf

Maschinenbeau dismissing the complaint of plaintiff Nelson Crespo in this product liability action substantially for the reasons expressed by Judge Wefing in her written opinion which is reported as *Crespo v. Stapf,* 242 *N.J.Super.* 254, 576 *A.*2d 346 (Law Div.1990). We are satisfied from our study of the record and the arguments presented that the trial court properly granted summary judgment in favor of defendants and that all of the issues of law raised are clearly without merit. *R.* 2:11–3(e)(1)(E). *See also Juzwin v. Asbestos Corp., Ltd.,* 900 *F.*2d 686 (3d Cir.), *cert. denied,* —— *U.S.* ——, 111 *S.Ct.* 246, 112 *L.Ed.*2d 204 (1990).

Affirmed.